ACCEPTED
01-15-00695-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 4:28:19 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00695-CV

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 4:28:19 PM
CHRISTOPHER A. PRINE
Clerk

**IN RE ZAK NAKHODA, JAMES WESSELSKI, KENNETH CHAMBERS, PHILIP SPOTTS, THE STRUCTURAL ALLIANCE, WESGROUP CONSULTING, LLC, AND THE MISSION GROUP,**

*Relators.*

Original Mandamus Proceeding from the
80th District Court, Harris County, Texas;
*Rankin Road, Inc. v. Underwriters at Lloyds of London, Gulf Coast Claims Service, Pat Donovan, and John Andres*
Trial Court Cause 2010-25885

## RELATORS' AGREED MOTION TO DISMISS MANDAMUS AS MOOT

TO THE HONORABLE COURT:

Relators Zak Nakhoda, James Wesselski, Kenneth Chambers, Philip Spotts, The Structural Alliance, Wesgroup Consulting, LLC, and The Mission Group ("Relators") initiated this mandamus proceeding to seek review of Judge Larry Weiman's August 12, 2015 order compelling production of seven years of 1099s and W-2s showing income received by Relators from counsel for Rankin Road, a party in the underlying lawsuit.

The Court stayed enforcement of that order pending review of Relators' Petition for Writ of Mandamus, and directed Real Parties in Interest to file their Response to Relators' Petition on or before September 4, 2015. Real Parties in

1

Interest then moved for, and the Court granted, an extension of the response deadline.

On August 25, 2015, Judge Weiman recused himself from the underlying proceeding. The case was re-assigned to The Honorable Debra Ibarra Mayfield. The Court then abated this proceeding until September 25, 2015 to allow Judge Mayfield to reconsider the August 12th order. The Court directed the trial court to file a supplemental clerk's record containing any order issued by Judge Mayfield with respect to her reconsideration of the August 12th order.

Judge Mayfield heard arguments of counsel on September 21, 2015, but did not issue a ruling. She subsequently requested that Relators' counsel issue a notice of hearing for October 19, 2015. The parties then filed an Agreed Motion to Extend Abatement, which the Court granted, extending the abatement period to October 20, 2015.

Judge Mayfield heard additional argument on October 19, 2015, and advised the parties that she would issue a ruling on or before October 30, 2015. On the parties' motion, the Court again extended the abatement period to November 6, 2015.

On October 29, 2015, Judge Mayfield issued an order granting the motion for protection and quashing the depositions on written question and discovery subpoenas directed to Relators. Order, Oct. 29, 2015 (attached as **Exhibit A**). On

2

November 5, 2015, Relators requested that the trial court clerk file a supplemental clerk's record containing Judge Mayfield's order, in compliance with this Court's directive.

In its mandamus petition, Relators requested an order compelling the trial court to vacate the August 12, 2015 order requiring production of the documents and granting Relators' motion for protection. With that relief having been granted by Judge Mayfield, it now appears this mandamus proceeding is moot and should be dismissed. *See In re Gonzales*, 03-12-00611-CV, 2013 WL 238736, at *1 (Tex. App.—Austin Jan. 17, 2013, orig. proceeding); *In re Luna*, 317 S.W.3d 484, 484 (Tex. App.—Amarillo 2010, orig. proceeding). Relators therefore request that the Court lift its abatement and dismiss this mandamus proceeding. All costs in the appellate courts will be borne by the party incurring them.

### PRAYER

Relators, Zak Nakhoda, James Wesselski, Kenneth Chambers, Philip Spotts, The Structural Alliance, Wesgroup Consulting, LLC, and The Mission Group, request that the Court lift its abatement and dismiss this mandamus action without prejudice. Relators further pray for any other relief to which they are entitled.

Respectfully Submitted,

**FOGLER, BRAR, FORD,
 O'NEIL & GRAY LLP**

By: */s/   Murray Fogler*
    Murray Fogler
    State Bar No. 07207300
    mfogler@beckredden.com
    Jas Brar
    State Bar No. 24059483
    Robin O'Neil
    State Bar No. 24079075
711 Louisiana, Suite 500
Pennzoil Place, South Tower
Houston, Texas 77002
(713) 481-1010
(713) 574-3224 (Fax)

**ATTORNEYS FOR RELATORS**

## CERTIFICATE OF CONFERENCE

Counsel for Relators has conferred with counsel for Real Parties in Interest and they are unopposed to this motion.

_/s/   Robin O'Neil_
Robin O'Neil

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was properly forwarded to counsel of record for the Real Parties in Interest in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on the 5th day of November 2015, as follows:

Counsel for Real Parties in Interest:

Ms. Tamara M. Madden
Mr. Casey T. Wallace
JOHNSON, TRENT,
WEST & TAYLOR, LLP
919 Milam Street, Suite 1700
Houston, Texas 77002

Ronald E. Tigner
Gregory S. Hudson
COZEN & O'CONNOR
1221 McKinney Suite 2900
Houston, Texas 77010
(832) 214-3900
(832) 214-3905 (fax)

Respondent:

The Honorable Larry Weiman
80th Judicial District Court
201 Caroline, 9th Floor
Houston, Texas 77002
713-368-6100

/s/   Robin O'Neil
Robin O'Neil